JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:              541-593-4452
Email:          jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DERRICK NOBLES, | ) | Case No.  2:15-cv-02525-CKD |
| | ) | |
| Plaintiff | ) | **STIPULATION AND ~~PROPOSED~~** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S MOTION** |
| | ) | **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 45 days to July 7, 2016, for Plaintiff to file his Motion for Summary Judgment, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension for filing of the Opening Brief, which is requested because of Plaintiff's counsel's recent poor health and family reasons, which have caused a backlog in her workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  May 19, 2016                          JACQUELINE A. FORSLUND
                                             Attorney at Law


                                             /s/Jacqueline A. Forslund
                                             JACQUELINE A. FORSLUND

                                             Attorney for Plaintiff



Date:  May 20, 2016                          PHILLIP A. TALBERT
                                             ActingUnited States Attorney
                                             DEBORAH STACHEL
                                             Acting Regional Chief Counsel, Region IX
                                             Social Security Administration

                                             /s/Asim Modi
                                             ASIM MODI
                                             Special Assistant United States Attorney
                                             *By email authorization

                                             Attorney for Defendant


                                             ORDER

APPROVED AND SO ORDERED

Dated:  May 24, 2016

                                             _____
                                             CAROLYN K. DELANEY
                                             UNITED STATES MAGISTRATE JUDGE