JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:	541-593-4452
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DERRICK NOBLES, | ) | Case No.  2:15-cv-02525-CKD |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S MOTION** |
| | ) | **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to August 8, 2016, for Plaintiff to file his Motion for Summary Judgment, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension for filing of his Motion, which is requested because Plaintiff's counsel is experiencing an episode of poor health caused by pulmonary issues that has caused a backlog in her workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: June 29, 2016                JACQUELINE A. FORSLUND
                                   Attorney at Law

                                   */s/Jacqueline A. Forslund*
                                   JACQUELINE A. FORSLUND

                                   Attorney for Plaintiff

Date: June 29, 2016                PHILLIP A. TALBERT
                                   Acting United States Attorney
                                   DEBORAH STACHEL
                                   Acting Regional Chief Counsel, Region IX
                                   Social Security Administration

                                   */s/Asim Modi*
                                   ASIM MODI
                                   Special Assistant United States Attorney
                                   *By email authorization

                                   Attorney for Defendant

                            ORDER

APPROVED AND SO ORDERED

Dated: July 6, 2016

                                   _____
                                   CAROLYN K. DELANEY
                                   UNITED STATES MAGISTRATE JUDGE