JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:     541-419-0074
Email:         jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DERRICK NOBLES,                                )
                                               )        No. 2:15-cv-02525-DB
          Plaintiff,                           )
                                               )        **STIPULATION AND**
                                               )        **ORDER FOR EXTENSION OF TIME**
v.                                             )        **TO FILE PLAINTIFF'S REPLY**
                                               )        **BRIEF**
CAROLYN W. COLVIN,                             )
Acting Comm'r of Social Security,              )
                                               )
          Defendant,                           )
                                               )
_____)

          IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend

the time 30 days to November 10, 2016, for Plaintiff to file the Reply Brief, in accordance with the

Court's Scheduling Order.  This is the first extension of time Plaintiff has requested for the filing of

the Reply Brief and is requested because Plaintiff's counsel is experiencing a significant backlog in

her workload.

          The parties further stipulate that the Court's Scheduling Order be modified accordingly.

////

////

////

Respectfully submitted,

Date:  October 11, 2016          JACQUELINE A. FORSLUND
                                 Attorney at Law


                                 */s/Jacqueline A. Forslund*
                                 JACQUELINE A. FORSLUND

                                 Attorney for Plaintiff


Date:  October 10, 2016          PHILIP A. TALBERT
                                 Acting United States Attorney
                                 DEBORAH STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                                 */s/*Esther Kim*
                                 ESTHER KIM
                                 Special Assistant United States Attorney
                                 *By email authorization

                                 Attorneys for Defendant


## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  October 11, 2016

                                 _____
                                 DEBORAH BARNES
                                 UNITED STATES MAGISTRATE JUDGE

DLB:6
DLB1\orders.soc sec\nobles2525.stip.eot.ord